IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ALVIN THOMAS, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| vs. | )   CIVIL ACTION NO. 14-0534-CG-M |
| | ) |
| STATE OF ALABAMA, et al., | ) |
| | ) |
|    Defendants. | ) |

### ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court.

It is **ORDERED** that this action be and is hereby **DISMISSED** without prejudice for failure to prosecute and to obey the Court's Order.

**DONE and ORDERED** this 30th day of March, 2015.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE